1  R. Lewis Van Blois, Esq.  sbn 38912
   Thomas C. Knowles, Esq.  sbn 40899
2  Darren J. Van Blois, Esq.  sbn 232583
   VAN BLOIS & ASSOCIATES
3  Airport Corporate Centre
   7677 Oakport Street, Suite 565
4  Oakland, CA  94621
   Telephone:  (510) 635-1284
5  Facsimile:  (510) 635-1516
6
7  Attorneys for Plaintiff
8
9
10                    IN THE UNITED STATES DISTRICT COURT
11                 IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 01699-CRB |
| This document relates to:<br><br>WARREN WAYNE GRAHAM,<br><br>            Plaintiff,<br>v.<br><br>PFIZER INC.,<br><br>            Defendant<br>_____/ | Case No. 3:05-cv-3943 CRB<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff WARREN WAYNE GRAHAM and Defendant PFIZER INC., by and through the undersigned attorneys, hereby stipulate pursuant to FRCP 41(a) to dismiss this case against PFIZER INC. without prejudice, with each side bearing its own fees and costs.

Stipulation and Order of Dismissal            1

If the case is subsequently refiled, it will only be filed in federal court.

Dated: August 15, 2007                             VAN BLOIS & ASSOCIATES

                                                   By: Darren J. Van Blois,
                                                   Attorneys for plaintiff Warren W. Graham

Dated: August 16, 2007                             GORDON & REES, LLP

                                                   By: Stuart M. Gordon
                                                   Attorneys for defendant Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2007

                                                   Hon. Ch[arles R. Breyer]
                                                   United S[tates District Judge]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation and Order of Dismissal            2